# EXHIBIT A

## ALABAMA SJIS CASE DETAIL

**DODSON**

**PREPARED FOR: CATHERINE SELLERS**


alacourt.com

County: **23**    Case Number: **CV-2009-900114.00**   Court Action:
Style: **RICKY POLK VS LAW OFFICE OF CURTIS O BARNES**

**REAL TIME**

### Case

#### Case Information

| | |
|---|---|
| County: | **COVINGTON** |
| Case Number: | **CV-2009-900114.00** |
| Judge ID: | **CHS:CHARLES A. SHORT** |
| Trial: | **Bench** |
| Style: | **RICKY POLK VS LAW OFFICE OF CURTIS O BARNES** |
| Filed: | **12/09/2009** |

#### Case Type

| | |
|---|---|
| Code: | **TOXX** |
| Type: | **OTHER TORT** |
| Track | |
| Status: | **A:ACTIVE** |
| No of Plaintiffs: | **001** |
| No of Defendants: | **001** |

#### Court Action

| | |
|---|---|
| Dispositon JudgeID: | |
| Court Action: | |
| Judgment For: | |
| Trial days: | **0** |
| Lien: | **0** |

#### Damages

| | |
|---|---|
| Amount: | **$0.00** |
| Compensatory: | **$0.00** |
| Punitive: | **$0.00** |
| General: | **$0.00** |
| None: | |

#### Other Actions

| | |
|---|---|
| Continuance Date: | # of Previous Continuances: **0000** Why: |
| Revised Judgment Date: | Admin Date: **0000** Why: |
| Appeal Date: | Court: Case: |
| Date Trial Began but No Verdict (TBNV1): **00000000** | Date Trial Began but No Verdict (TBNV2): |
| Disposition Date: | Disposition Type: |

#### Comments

Comment 1:
Comment 2:

### Settings

#### Court Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | 000 | 00:00 | - |
| 2: | | 000 | 00:00 | - |
| 3: | | 000 | 00:00 | - |
| 4: | | 000 | 00:00 | - |

### Party 1 - C 001 - POLK RICKY

#### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **C 001** | Name: | **POLK RICKY** | | | Type: | **I:Individual** |
| Index: | **Y** | Alt Name: | | | | Judge ID: | **CHS** |
| SSN: | | DOB: | | Sex: | | Race: | |
| Address 1: | **1213 EAST THREE NOTCH ST** | | | Address 2: | | | |
| Phone: | **(334) 000-0000** | City: | **ANDALUSIA** | State: **AL** | Zip: **36420-0000** | Country: **US** | |
| Dock: | | Notice: | | Entered: | | | |

#### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Type: | Reissue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: | Type: | Service On: | | By: | |

| Answer: | Type: | NS Not: | NA Not: |
|---|---|---|---|
| Warrant | Type: | Arrest: | |

### Court Action

| Court action: | | Date: | | For | | Exempt: | |
|---|---|---|---|---|---|---|---|
| Amount: | $0.00 | Cost: | $0.00 | Other: | $0.00 | Satisfied: | |
| Comment: | | | | | | | |

### Attorneys

| Attorney 1: | WOO047 | Name: | WOODARD ALLEN GERALD | City: | ANDALUSIA | State: | AL |
|---|---|---|---|---|---|---|---|
| Attorney 2: | | Name: | | City: | | State: | |
| Attorney 3: | | Name: | | City: | | State: | |
| Attorney 4: | | Name: | | City: | | State: | |
| Attorney 5: | | Name: | | City: | | State: | |
| Attorney 6: | | Name: | | City: | | State: | |

## Party 2 - D 001 - LAW OFFICE OF CURTIS O BARNES

### Party Information

| Party: | D 001 | Name: | LAW OFFICE OF CURTIS O BARNES | | | Type: | B:Business |
|---|---|---|---|---|---|---|---|
| Index: | Y | Alt Name: | BARNES CURTIS O | | | Judge ID: | CHS |
| SSN: | | DOB: | | Sex: | | Race: | |
| Address 1: | 390 WEST CERRITOS AVENUE | | | Address 2: | | | |
| Phone: | (334) 000-0000 | City: | ANAHEIM | State: | CA | Zip: 92805-0000 | Country: US |
| Dock: | | Notice: | | Entered: | | | |

### Service Information

| Issued: | 12/09/2009 | Type: | C:Certified mail | Reissue: | | Type: | |
|---|---|---|---|---|---|---|---|
| Return: | | Type: | | Return: | | Type: | |
| Service: | 12/14/2009 | Type: | C:Certified Mail | Service On: | | By: | |
| Answer: | | Type: | | NS Not: | | NA Not: | |
| Warrant | | Type: | | Arrest: | | | |

### Court Action

| Court action: | | Date: | | For | | Exempt: | |
|---|---|---|---|---|---|---|---|
| Amount: | $0.00 | Cost: | $0.00 | Other: | $0.00 | Satisfied: | |
| Comment: | | | | | | | |

### Attorneys

| Attorney 1: | Name: | City: | State: |
|---|---|---|---|
| Attorney 2: | Name: | City: | State: |
| Attorney 3: | Name: | City: | State: |
| Attorney 4: | Name: | City: | State: |
| Attorney 5: | Name: | City: | State: |
| Attorney 6: | Name: | City: | State: |

## Financial

### Fee Sheet

| PR: | NO | Acct | Status | Checks | AdminFe | From | For | To | Total Due | Amt Paid | Balance | Hold Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AOCC | A | A | N | C001 | 000 | 000 | $6.49 | $6.49 | $0.00 | 0 |
| | | CV05 | A | A | N | C001 | 000 | 000 | $302.00 | $302.00 | $0.00 | 0 |
| | | | | | | | | TOTAL: | $308.49 | $308.49 | $0.00 | $0.00 |

### Financial History

| Transaction Date | Transaction Type | Disb Acct | Payment From/To | Batch | Check or Receipt # | Amount | Fee | Money Type | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|

| 12/10/2009 | R:RECEIPT | | AOCC | 2010054 | 08917100 | 6.49 | N | K | | DES |
| 12/10/2009 | R:RECEIPT | | CV05 | 2010054 | 08917200 | 302 | N | K | | DES |
| 12/10/2009 | Z:FEE ADDED | | AOCC | | 00000000 | 6.49 | N | O | | DES |
| 12/10/2009 | Z:FEE ADDED | | CV05 | | 00000000 | 302 | N | O | | DES |

## Case Action Summary - 23CV200990011400

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 12/09/2009 | 10:19:31 | TEXT | REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO | DES |
| 12/09/2009 | 10:19:32 | TEXT | DEFT LAW OFFICES OF CURTIS O BARNES | DES |
| 12/09/2009 | 10:19:33 | TEXT | REQUEST FOR ADMISSIONS | DES |
| 12/09/2009 | 2:41:08 | EFILE | COMPLAINT E-FILED. | WOO047 |
| 12/09/2009 | 2:41:46 | FILE | FILED THIS DATE: 12/09/2009          (AV01) | AJA |
| 12/09/2009 | 2:41:47 | EORD | E-ORDER FLAG SET TO "N"          (AV01) | AJA |
| 12/09/2009 | 2:41:48 | ASSJ | ASSIGNED TO JUDGE: CHARLES A. SHORT          (AV01) | AJA |
| 12/09/2009 | 2:41:49 | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 12/09/2009 | 2:41:50 | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | AJA |
| 12/09/2009 | 2:41:51 | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 12/09/2009 | 2:41:52 | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 12/09/2009 | 2:41:53 | C001 | C001 PARTY ADDED: POLK RICKY          (AV02) | AJA |
| 12/09/2009 | 2:41:54 | ATTY | LISTED AS ATTORNEY FOR C001: WOODARD ALLEN GERALD | AJA |
| 12/09/2009 | 2:41:55 | EORD | C001 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 12/09/2009 | 2:41:58 | D001 | D001 PARTY ADDED: LAW OFFICE OF CURTIS O. BARNES | AJA |
| 12/09/2009 | 2:42:00 | SUMM | CERTIFIED MAI ISSUED: 12/09/2009 TO D001    (AV02) | AJA |
| 12/09/2009 | 2:42:01 | EORD | D001 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 12/09/2009 | 2:47:26 | EFILE | COMPLAINT - SUMMONS | |
| 12/11/2009 | 10:43:13 | EMISC | EXHIBIT LIST E-FILED | WOO047 |
| 12/11/2009 | 10:44:25 | EMISC | MISCELLANEOUS - TRANSMITTAL | WOO047 |
| 12/18/2009 | 12:32:36 | SERC | SERVICE OF CERTIFIED MAI ON 12/14/2009 FOR D001 | DED |

 **END OF THE REPORT**

```
 AVSO351                   ALABAMA JUDICIAL DATA CENTER        CV 2009 900114.00
                                CASE ACTION SUMMARY
                                   CIRCUIT CIVIL


 JUDGE: CHARLES A. SHORT
============================================================================
                    IN THE CIRCUIT COURT OF COVINGTON


   RICKY POLK V. LAW OFFICE OF CURTIS O. BARNES
============================================================================
 FILED: 12/09/2009 TYPE: OTHER TORT          TRIAL: NON-JURY TRACK:
----------------------------------------------------------------------------
 DATE1:              COURT ACTION:                 CA DATE:
 DATE2:              AMOUNT:           $.00        PAYMENT:
----------------------------------------------------------------------------
 PLAINTIFF 001 POLK RICKY
               1213 EAST THREE NOTCH ST   ATTORNEY: WOODARD ALLEN GERALD
               ANDALUSIA, AL 36420        WOO047    1213 E THREE NOTCH ST.
                                                    ANDALUSIA, AL 36420
               PHONE:
 ENTERED: 12/09/2009 ISSUED:           TYPE:               (334)222-9115
 SERVED:             ANSWER:                  JUDGMENT:
----------------------------------------------------------------------------
 DEFENDANT 001 LAW OFFICE OF CURTIS O. BARNES
               390 WEST CERRITOS AVENUE   ATTORNEY:
               ANAHEIM, CA 92805

               PHONE:
 ENTERED: 12/09/2009 ISSUED: 12/09/2009 TYPE: CERTIFIED
 SERVED:   12/14/09  ANSWER:                  JUDGMENT:
----------------------------------------------------------------------------
 12/09/2009  10:19 | REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO    DES
----------------------------------------------------------------------------
 12/09/2009  10:19 | DEFT LAW OFFICES OF CURTIS O BARNES                DES
----------------------------------------------------------------------------
 12/09/2009  10:19 | REQUEST FOR ADMISSIONS                             DES
----------------------------------------------------------------------------
 12/09/2009  14:41 | COMPLAINT E-FILED.                                 AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | FILED THIS DATE: 12/09/2009               (AV01)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | E-ORDER FLAG SET TO "N"                   (AV01)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | ASSIGNED TO JUDGE: CHARLES A. SHORT       (AV01)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | CASE SCANNED STATUS SET TO: N             (AV01)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | BENCH/NON-JURY TRIAL REQUESTED            (AV01)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | CASE ASSIGNED STATUS OF: ACTIVE           (AV01)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | ORIGIN: INITIAL FILING                    (AV01)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | C001 PARTY ADDED: POLK RICKY              (AV02)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | LISTED AS ATTORNEY FOR C001: WOODARD ALLEN GERALD  AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | C001 E-ORDER FLAG SET TO "N"              (AV02)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:41 | D001 PARTY ADDED: LAW OFFICE OF CURTIS O. BARNES   AJA
----------------------------------------------------------------------------
 12/09/2009  14:42 | CERTIFIED MAI ISSUED: 12/09/2009 TO D001  (AV02)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:42 | D001 E-ORDER FLAG SET TO "N"              (AV02)   AJA
----------------------------------------------------------------------------
 12/09/2009  14:47 | COMPLAINT - SUMMONS                                AJA
----------------------------------------------------------------------------
 12/11/2009  10:43 | EXHIBIT LIST E-FILED                               AJA
============================================================================
 DES  12/11/2009                                    CV 2009 900114.00
```

```
AVSO351                                                                    900114.00
                                   CASE ACTION SUMMARY
                                     CIRCUIT CIVIL


   JUDGE: CHARLES A. SHORT
   ================================================================================
                          IN THE CIRCUIT COURT OF COVINGTON

      RICKY POLK V. LAW OFFICE OF CURTIS O. BARNES
   ================================================================================
   FILED: 12/09/2009 TYPE: OTHER TORT                 TRIAL: NON-JURY TRACK:
   ================================================================================
   DATE1:              COURT ACTION:                   CA DATE:
   DATE2:              AMOUNT:            $.00          PAYMENT:
   ================================================================================
     12/11/2009  10:44 | MISCELLANEOUS - TRANSMITTAL                            AJA
```

================================================================================
DES   12/11/2009                                          CV 2009 900114.00

Unified Judicial System

Form ARCiv-93    Rev.5/99

Case Number

23-CV-2CJ

12/9/2009 2:41 PM

114.00

# CIRCUIT COURT - CIVIL CASE
(Not For Domestic Relations Cases)

Date of Filing:
12/09/2009

CIRCUIT COURT OF
COVINGTON COUNTY, ALABAMA
ROGER POWELL, CLERK

## GENERAL INFORMATION

### IN THE CIRCUIT OF COVINGTON COUNTY, ALABAMA
### RICKY POLK v. LAW OFFICE OF CURTIS O. BARNES

**First Plaintiff:**  ☐ Business  ☑ Individual
☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☑ TOXX - Other:   FAIR DEBT COLLECTION

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☐ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD-Eviction Appeal/Unlawfyul Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**    F ☑ INITIAL FILING

A ☐ **APPEAL FROM DISTRICT COURT**

O ☐ **OTHER**

R ☐ **REMANDED**

T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?**    ☐ Yes  ☑ No

**RELIEF REQUESTED:**    ☐ MONETARY AWARD REQUESTED   ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**    WOO047        12/9/2009 2:39:17 PM        /s ALLEN GERALD WOODARD

**MEDIATION REQUESTED:**    ☐ Yes  ☑ No   ☐ Undecided



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Law Office of Curtis O Barnes
390 West Cerritos Avenue
Anaheim, CA    92805

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☑ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Connie Kobus    12/9/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7009 0820 0002 1942 2774

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4 in this box °

ROGER A. POWELL
CLERK CIRCUIT COURT
1 NORTH COURT SQUARE
ANDALUSIA, AL 36420-3986

State of Alabama — SUMMONS — Case 2:10-cv-00036-MEF-WC Document 1-1 Filed 01/19/10 Page 9 of 22
Unified Judicial System - CIVIL - 23-CV-2009-900114.00

Form C-34 Rev 6/88

## IN THE CIVIL COURT OF COVINGTON, ALABAMA
### RICKY POLK v. LAW OFFICE OF CURTIS O. BARNES

**NOTICE TO** LAW OFFICE OF CURTIS O. BARNES, 390 WEST CERRITOS AVENUE, ANAHEIM, CA 92805

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY ALLEN GERALD WOODARD

WHOSE ADDRESS IS 1213 EAST THREE NOTCH, ANDALUSIA, AL 36420

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of RICKY POLK
pursuant to the Alabama Rules of the Civil Procedure

| 12/9/2009 2:41:08 PM | /s ROGER POWELL | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s ALLEN GERALD WOODARD |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint

_____ in _____

Date _____ Server's Signature

Law Office of Curtis O Barnes
390 West Cerritos Avenue
Anaheim, CA 92805

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| RICKY POLK, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CV-2009- |
| | ) | |
| LAW OFFICES OF CURTIS O. BARNES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## COMPLAINT

COMES NOW Ricky Polk by and through his attorney of record and states as follows:

1. Ricky Polk is an adult resident citizen of Covington County, Alabama, is subject to the jurisdiction of this court and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3) of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

2. Defendant, Law Offices of Curtis O. Barnes("Defendant"), at all times relevant hereto, is and was an entity engaged in the business of collecting debt within the State of Alabama with its principal place of business located at 390 West Cerritos Avenue, Anaheim, CA 92805

3. Jurisdiction of this court arises under 15. U.S.C. § 1692k(d) and the laws of the State of Alabama.

4. Venue is proper in this district in that the tortuous acts complained of took place in Covington County, Alabama and in that the Defendant transacts business in this County and State.

## FACTUAL BACKGROUND

5. Throughout the month of November, 2009 and previous, agents for Defendant Law

1

Offices of Curtis O. Barnes have called Plaintiff, Ricky Polk on his cell phone in regard to a debt owed to Best Buy.

6. Prior to this call, plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

7. Prior to this call, plaintiff has had phone calls from defendant and this call as well as the previous calls were "communications" in an attempt to collect a "debt" as that term is defined by the FDCPA.

8. In addition to these communications, agents for defendant have called plaintiff's place of employment. These calls to plaintiff's employer regarding plaintiff's finances were made in an effort to embarass and intimidate the plaintiff, Ricky Polk. Plaintiff further states, upon information and belief, that defendant has a pattern and practice of calling employers of debtors in a concentrated effort to harass debtors into paying debts.

9. As defendant called the employer of plaintiff Ricky Polk, defendant knew the "rig number" of the rig plaintiff Ricky Polk worked on (plaintiff is an offshore oil rig worker.). This rig number is confidential and not generally known to the public. Defendant's knowledge of plaintiff's "rig number," and their knowledge of plaintiff's cell phone number leads plaintiff to assert, upon information and belief, that Defendant Law Offices of Curtis O. Barnes utilizes consumer information in an illegal and improper manner.

10. The acts of the representatives of Defendant Law Offices of Curtis O. Barnes and the other acts of the debt collectors employed as agents by Defendant Law Offices of Curtis O. Barnes who communicated with Plaintiff and his employer, were committed within the line and scope of

2

their agency relationship with their principal, Defendant Law Offices of Curtis O. Barnes.

## CAUSES OF ACTION

### COUNT I

**Violations of the Fair Debt Collection Practices Act 15 U.S.C. § 1692 et seq.**

11. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12. The acts and omissions of each and every Defendant and their agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to the Plaintiff.

13. As a result of each and every Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A); (2) actual and compensatory damages; and, (3) reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from each and every Defendant herein.

### COUNT II

**Invasion of Privacy by Intrusion upon Seclusion and by Revelation of Private Financial Facts to Third Party**

14. Plaintiff incorporates by reference all of the paragraphs of this Complaint as though fully stated herein.

15. Alabama law recognizes Plaintiff's right to be free from invasions of privacy and Defendants violated Alabama state law as described in this Complaint.

16. Congress has explicitly recognized a consumer's inherent right to privacy in collection

3

matters in passing the Fair Debt Collection Practices Act, when it stated as part of its findings:

> **Abusive debt collection practices contribute** to the number of personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy**.

15 U.S.C. § 1692(a) (emphasis added).

17.  Congress further recognized a consumer's right to privacy in financial data in passing the Gramm Leach Bliley Act, which regulates the privacy of consumer financial data for a broad range of "financial institutions" including debt collectors (albeit without a private right of action), when it stated as part of its purposes:

> It is the policy of the Congress that each **financial institution has an affirmative and continuing obligation to respect the privacy of its customers** and to protect the security and confidentiality of those customers' nonpublic personal information.

15 U.S.C. § 6801(a) (emphasis added).

18.  Defendant and/or their agents intentionally and/or negligently interfered, physically or otherwise, with the solitude, seclusion and/or private concerns or affairs of the Plaintiff, namely, by repeatedly and unlawfully attempting to collect a debt and thereby invaded Plaintiff's privacy.

19.  Defendant also intentionally and/or negligently interfered, physically or otherwise, with the solitude, seclusion and/or private concerns or affairs of the Plaintiff, namely, by repeatedly and unlawfully disclosing information about this debt to third parties, and thereby invaded Plaintiff's right to financial privacy.

20.  Defendants and their agents intentionally and/or negligently caused emotional harm to Plaintiff by engaging in highly offensive conduct in the course of collecting this debt, thereby invading and intruding upon Plaintiff's right to privacy.

21.  Plaintiff had a reasonable expectation of privacy in Plaintiff's solitude, seclusion, private

4

concerns or affairs, and private financial information.

22. The conduct of these Defendants and their agents, in engaging in the above described illegal collection conduct against Plaintiff, resulted in multiple intrusions and invasions of privacy by these Defendants which occurred in a way that would be highly offensive to a reasonable person in that position.

23. As a result of such intrusions and invasions of privacy, Plaintiff has been damaged and is entitled to actual damages in an amount to be determined at trial.

24. All acts of Defendant and their agents and/or employees were committed with malice, intent, wantonness, and/or recklessness and as such Defendant is subject to punitive damages.

## COUNT III

### Negligent and Wanton Hiring and Supervision

25. Plaintiff incorporates by reference all of the paragraphs of this Complaint as though fully stated herein.

26. Defendant negligently and/or wantonly hired, retained, or supervised incompetent debt collectors, and is thereby responsible to the Plaintiff for the wrongs committed against Plaintiff and the damages suffered by Plaintiff.

27. As a proximate cause of Defendant's negligence, plaintff has been damaged.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against each and every Defendant as follows:

## COUNT I

### Violations of the Fair Debt Collection Practices Act

5

### 15 U.S.C. § 1692 et seq.

• for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant;

• for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant;

• for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant.

### COUNT II.

### Invasion of Privacy by Intrusion upon Seclusion and by Revelation of Private Financial Facts to Third Party

• for an award of actual damages from Defendant for damages including emotional distress suffered as a result of the intentional and/or negligent FDCPA violations and intentional and/or negligent invasions of privacy in an amount to be determined at trial for Plaintiff;

• for punitive damages;

• for costs; and

• for such other and further relief as may be just and proper.

### COUNT III

### Negligent and Wanton Hiring and Supervision

• for an award of actual damages from each and every Defendant for damages including emotional distress suffered as a result of the intentional and/or negligent FDCPA violations and negligent and wanton hiring and supervision in the amount

6

of $50,000.00 or in an amount to be determined at trial for Plaintiff;

○ for punitive damages in the amount of $25,000.00 or in an amount to be determined

at trial for Plaintiff ;

○ for costs; and

○ for such other and further relief as may be just and proper.

Respectfully Submitted,

*/s/ Allen G.  Woodard*
Allen G. Woodard (WOO047)
WOODARD, PATEL & SLEDGE
1213 East Three Notch Street
Andalusia, Alabama 36420
(334) 222-9115

## JURY DEMAND

Plaintiff demands trial by struck jury.

*/s/ Allen G.  Woodard*
Allen G. Woodard (WOO047)

7

12/9/2009 2:41 PM
CIRCUIT COURT OF
COVINGTON COUNTY, ALABAMA
ROGER POWELL, CLERK

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

RICKY POLK,                              )
                                         )
        PLAINTIFF,                       )
                                         )
v.                                       )   CV-2009-
                                         )
LAW OFFICES OF CURTIS O. BARNES,         )
                                         )
        DEFENDANT.                       )

## REQUEST FOR PRODUCTION OF DOCUMENTS
## DIRECTED TO DEFENDANT LAW OFFICES OF CURTIS O. BARNES

Pursuant to Rule 34 of the Alabama Rules of Civil Procedure, Plaintiff requests that Defendant produce within (45) days, the documents herein described and permit Plaintiff and his attorneys to inspect them and copy such of them as they may desire. Plaintiff requests that the documents be made available for this inspection at the offices of counsel for the Plaintiff, Allen G. Woodard, Woodard, Patel & Sledge, 1213 East Three Notch Street, Andalusia, Alabama 36420 or copied and sent to said attorneys.

Plaintiff further requests this inspection be permitted by Defendant immediately after Defendant's response to this request has been filed, and that his attorneys be permitted to remove from Defendant's custody such of the documents as they desire to copy, on the understanding that Plaintiff's attorneys will be responsible for these documents so long as they are in their possession, that copying will be done at Plaintiff's expense, and that the documents will be promptly returned immediately after copying has been completed.

This request is intended to cover all documents in possession of the Defendant, or subject to his custody and control, regardless of location.

As used in this request, the term "document" means every writing or record of every type and description that is in the possession, control or custody of Defendant, including but without limitation to, correspondence, memoranda, stenographic or handwritten notes, studies, publications, books, pamphlets, pictures, films, voice recordings, reports, surveys; minutes or statistical compilations, data processing cards or computer records, files, disks, or tapes or print-outs; agreements, communications, state and federal governmental hearings, and reports, correspondence, telegrams, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, diaries, graphs, reports, notebooks, note charts, plans, drawings, sketches, maps, summaries or records of meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of consultants, photographs, motion picture film, brochures, pamphlets, advertisements, circulares, press releases, drafts, letters, any marginal comments appearing on any document, and all other

writings.

## REQUESTS FOR PRODUCTION

Please produce the following:

1. All documents relating to the alleged debt of Plaintiff and the collection thereof.

2. All documents relating to Defendant's activities to collect debts such as Plaintiff's.

3. All form letters, enclosures, envelopes, memoranda, etc. used by the Defendant in its debt collection activity.

4. All material, including video and audio tapes, pertaining to training by or for the Defendant and its employees regarding the Fair Debt Collection Practices Act.

5. An organizational chart for the Defendant.

6. All documents between Defendant and with whatever entity is the creditor for plaintiff, regarding the Plaintiff and collection of the alleged debt.

7. All documents between Defendant and any other debt collector or collection entity regarding the Plaintiff and collection of the alleged debt.

8. Copies of any litigation filed against the Defendant alleging violations of the Fair Debt Collection Practices Act in the past 5 years.

9. A list of all employees engaged in the collection of debts such as the debt Plaintiff allegedly owes, their positions and responsibilities.

10. Any insurance policies covering the Defendant for violation of the Fair Debt Collection Practices Act.

11. All financial reports and statements to investors of the Defendant for the past two years.

12. All income tax returns of the Defendant for the past two years.

13. All documents in the Defendant's possession sent to or received from whatever entity is the creditor for plaintiff.

14. All documents in the Defendant's possession sent to or received from any other debt collector with relation to plaintiff.

2

15. All internal documents, memoranda, etc., of the Defendant regarding the use of its collection notices and collection efforts, including the use of telephone calls.

16. All documents, memoranda, instructions, manuals, etc., of the Defendant surveying the number of notices sent and contacts made by the Defendant in the year preceding the date of the notice sent to Plaintiff.

17. All reports, memoranda, etc., of the Defendant surveying the number of notices and contacts sent by the Defendant since the date of the notice sent to Plaintiff.

18. All operation manuals or similar documents, etc., utilized by the Defendant.

19. All documents relating to the maintenance of procedures by the Defendant adapted to avoid any violation of the Fair Debt Collection Practices Act.

20. All documents relating to the Defendant's procedures to provide verification of the alleged debt.

21. All documents relating to the Defendant's association with a consumer reporting agency, if any.

22. Samples of all postcards and/or envelopes used by the Defendant in its collection practices.

23. Copies of all reports and documents utilized by an expert which Defendant proposes to call at trial.

24. All exhibits which Defendant proposes to introduce at trial.

25. All documents explaining defendant's telephone software system as well as any documents explainng defendant's collection software.

This Request shall be deemed continuing so as to require further and supplemental production if Plaintiffs obtain additional documents required to be produced herein between the time of the initial production and the time of trial.

Respectfully Submitted,

/s/ Allen G. Woodard
Allen G. Woodard (WOO047)
WOODARD, PATEL & SLEDGE

3

1213 East Three Notch Street
Andalusia, Alabama 36420

4

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| RICKY POLK, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CV-2009- |
| | ) | |
| LAW OFFICES OF CURTIS O. BARNES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## REQUEST FOR ADMISSIONS

Pursuant to Rule 36 of The Alabama Rules of Civil Procedure, Plaintiff requests Defendant to admit or deny the truth of the following:

1. Plaintiff Ricky Polk is a "consumer" as defined at 15 U.S.C. § 1692a(3).

2. The obligation(s) allegedly due Best Buy or Polaris or defendant is a "debt" as defined at 15 U.S.C. § 1692a(5).

3. Defendant Law Offices of Curtis O. Barnes is engaged in the business of collecting consumer debts and regularly attempts and collects consumer debts allegedly owed to another and is a "debt collector" as defined at 15 U.S.C. § 1692a(6).

4. Defendant Law Offices of Curtis O. Barnes called plaintiff's employers in November of 2009.

5. Defendant's calls to plaintiff's empolyer failed to mention the disclosure required by 15 U.S.C. § 1692e(11): "that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose."

6. Defendant, in its telephone conversations with the Plaintiff in November of 2009, failed to provide the debt collection warning required by 15 U.S.C. § 1692e(11).

7. Defendant does not maintain procedures reasonably adapted to insure that the debt collection warning required by 15 U.S.C. § 1692e(11) is included in all communications.

8. Defendant is not licensed to practice law in the State of Alabama.

1

9. Defendant called plaintiff's employer with respect to the debt it was trying to collect from plaintiff.

Respectfully Submitted,

*/s/ Allen G. Woodard*
Allen G. Woodard (WOO047)
**WOODARD, PATEL & SLEDGE**
1213 East Three Notch Street
Andalusia, Alabama 36420
(334) 222-9115

2