# EXHIBIT B

# IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| **RICKY POLK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: CV-2009-900114** |
| | ) | |
| | ) | |
| **LAW OFFICE OF CURTIS** | ) | |
| **O. BARNES PC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE TO CIRCUIT CLERK AND PLAINTIFF OF
## FILING NOTICE OF REMOVAL

TO:    Mr. Roger Powell
       Circuit Clerk of Covington County
       1K North Court Square
       Andalusia, Alabama 36420-3995

       Allen G. Woodard
       Woodard, Patel & Sledge
       1213 East Three Notch Street
       Andalusia, Alabama 36420

**YOU ARE HEREBY NOTIFIED** of the filing of a Notice of Removal to the United States District Court for the Middle District of Alabama, Northern Division, in the case of *Ricky Polk v. Law Office of Curtis O. Barnes PC*, Civil Action No. CV-2009-900114, in the Circuit Court of Covington County, Alabama, in accordance with the provisions of 28 U.S.C. § 1446. A copy of the Notice of Removal is attached hereto as Exhibit 1.

DATED this 13th day of January, 2010.

Neal D. Moore, III,
*Attorney for Defendant Law Office of Curtis O.
Barnes PC.*