```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602012529
Cashier ID: kruffin
Transaction Date: 01/13/2010
Payer Name: FERGUSON FROST AND DODSON
----------------------------------
CIVIL FILING FEE
 For: FERGUSON FROST AND DODSON
 Case/Party: D-ALM-2-10-CV-000036-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 21036
 Amt Tendered: $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

DALM210CV36-MEF

POLK V LAW OFFICE OF CURTIS O
BARNES PC
```