# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **RICKY POLK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NUMBER: 2:10-cv-36** |
| | ) | |
| | ) | |
| **LAW OFFICE OF CURTIS** | ) | |
| **O. BARNES PC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT

COMES NOW Law Office of Curtis O. Barnes PC, and respectfully provides notice that the parties have reached a resolution of the disputes between them and requests thirty (30) days to file a Stipulation of Dismissal and other dismissal documents.

Respectfully Submitted,

/s/ Larry Young, Jr.
Neal D. Moore, III,
Larry Young, Jr.
*Attorneys Law Office of Curtis O. Barnes*

**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier
Email:  lay@ffdlaw.com

{W0259443.1 }

## **CERTIFICATE OF SERVICE**

This is to certify that on this the 24th day of May, 2010, a copy of the forgoing document has been filed electronically with the Court and served upon counsel for all parties to this proceeding via United States Mail:

Allen G. Woodward, Esq.
Woodard, Patel & Sledge
1213 East Three Notch Street
Andalusia, Alabama 36420

/s/ Larry Young, Jr.
OF COUNSEL

{W0259443.1 }